# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ROBERT FRANKS AND KELLY A. FRANKS, H/W, | : | No. 563 MAL 2021 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of March, 2022, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

(1) Did the en banc panel of the Superior Court err in ruling that Respondent was not required to obtain a new uninsured/underinsured stacking waiver from Petitioners pursuant to 75 Pa.C.S. § 1738(c) of the Pennsylvania Motor Vehicle Financial Responsibility Law when Petitioners deleted an automobile from their automobile insurance policy, and necessarily holding therefore that Petitioners are **not** entitled to a total of $200,000 in stacked underinsured motorist coverage?